**Dismiss and Opinion Filed February 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00166-CR
No. 05-14-00167-CR
No. 05-14-00168-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-60213-J, F10-01183-J, F10-01184-J**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Brown
Opinion by Justice Bridges

Senrick Wilkerson was convicted of compelling prostitution, sexual assault of a child, and sexual performance of a child. Sentence in each was as set at eight years' imprisonment and was imposed in open court on December 17, 2010. Appellant's convictions were affirmed on direct appeal. *Wilkerson v. State*, Nos. 05-11-00060/00061/00062-CR (Tex. App.—Dallas July 16, 2012, pet. ref'd).[1] The Court now has before it appellant's February 10, 2014 "request to take leave of court and proceed with an out of time appeal."

---

[1] In trial court nos. F10-01183-J and F10-01184-J, appellant currently has pending appeals from the trial court's order denying his motion for post-conviction DNA testing. Those appeals are docketed as cause nos. 05-14-00007-CR and 05-14-00008-CR. Nothing in this opinion impacts those appeals.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked, and, if not, the power of the court to act is as absent as if it did not exist. *See id.* at 523. To invoke the Court's jurisdiction an appellant must file his notice of appeal within the time period provided by the rules of appellate procedure. *See id.*; *see also Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

Appellant's February 10, 2014 notice of appeal is untimely as to his December 17, 2010 sentencing date and this Court has no authority to grant appellant an out-of-time appeal. *See generally* TEX. R. APP. P. 26.2(a) (time for filing notice of appeal); *Slaton*, 981 S.W.2d at 210; *Olivo*, 918 S.W.2d at 523.

We dismiss the appeals for want of jurisdiction.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140166F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SENRICK WILKERSON, Appellant

No. 05-14-00166-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F08-60213-J.
Opinion delivered by Justice Bridges,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered February 13, 2014

/David L. Bridges/

DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SENRICK WILKERSON, Appellant

No. 05-14-00167-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F10-01183-J.
Opinion delivered by Justice Bridges,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered February 13, 2014

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SENRICK WILKERSON, Appellant

No. 05-14-00168-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F10-01184-J.
Opinion delivered by Justice Bridges,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered February 13, 2014

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE